IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAY EDWARDS,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 18-CV-3426** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 30th day of October, 2018, upon consideration of *pro se* Plaintiff Jay Edwards's Amended Complaint (ECF No. 8), it is **ORDERED** that:

    1.    The Amended Complaint is **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum. This dismissal is **without prejudice** to Edwards's right to file a second amended complaint, as set forth below.

    2.    Edwards is given leave to file a second amended complaint within thirty (30) days of the date of this Order in the event that he can state a plausible claim for relief that cures the defects noted in the Court's Memorandum. Any individual or entity that is not listed in the caption of the second amended complaint will not be treated as a defendant. Any second amended complaint must be a complete document that describes in detail the basis for Edwards's claims against each defendant. If Edwards files a second amended complaint, the Clerk shall not make service until so **ORDERED**.

    3.    The Clerk of Court is **DIRECTED** to send Edwards a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Edwards may use this form to prepare his second amended complaint.

4.      If Edwards fails to file a second amended complaint, his case may be dismissed for failure to prosecute without further notice.

                                      **BY THE COURT:**

                                      _/s/ Juan R. Sánchez_

                                      JUAN R. SÁNCHEZ, C.J.