IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAY EDWARDS, <br> **Plaintiff,** <br><br> v. <br><br> PHILADELPHIA PARKING <br> AUTHORITY, *et al.*, <br> **Defendants.** | : <br> : <br> : <br> : **CIVIL ACTION NO. 18-CV-3426** <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this 6th day of December, 2018, upon consideration of *pro se* Plaintiff Jay Edwards's Second Amended Complaint (ECF No. 12), it is **ORDERED** that:

1. The Second Amended Complaint is **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum. Edwards may not file a third amended complaint in this matter.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Juan R. Sánchez
JUAN R. SÁNCHEZ, C.J.